# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RON BRADY, JR., )
          Petitioner, )    2:11-cv-00846-JCM-PAL
vs. )    **ORDER**
WARDEN BRIAN WILLIAMS, *et al.*, )
          Respondents. )

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

The filing fee, petition, and memorandum of points and authorities were filed on May 24, 2011. (ECF No. 1). The petition shall be served on respondents and respondents shall file a response to the petition within 45 days, as set forth at the conclusion of this order.

The court notes that a petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions).

1  **IT IS THEREFORE ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the
2  petition and attached memorandum of points and authorities (ECF No. 1) upon the respondents.
3  **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of
4  this order within which to answer, or otherwise respond to, the petition.  In their answer or other
5  response, respondents shall address all claims presented in the petition.  Respondents shall raise all
6  potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
7  procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,
8  respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
9  United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have
10 **forty-five (45) days** from the date of service of the answer to file a reply.

11 Dated this __27th__ day of May, 2011.

13 UNITED STATES DISTRICT JUDGE