UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NELSON RON BRADY, JR., | ) | |
| Petitioner, | ) | 2:11-cv-00846-JCM-PAL |
| vs. | ) | **ORDER** |
| WARDEN BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a second extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 16). Respondents seek a 30-day enlargement of time, up to and including September 12, 2011, to file an answer/responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file an answer/responsive pleading (ECF No. 16) is **GRANTED.** The answer/responsive pleading shall be filed on or before **September 12, 2011.**

Dated this 17th day of August, 2011.

UNITED STATES DISTRICT JUDGE