UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NELSON RON BRADY, JR., ) | |
| ) | |
| Petitioner, ) | 2:11-cv-00846-JCM-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WARDEN BRIAN WILLIAMS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

Respondents have filed a motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 31).  Respondents seek a 14-day enlargement of time, up to and including October 25, 2012, to file an answer.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (ECF No. 31) is **GRANTED.**  The answer shall be filed on or before **October 25, 2012.**

Dated October 11, 2012.

_____
UNITED STATES DISTRICT JUDGE