UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NELSON RON BRADY, JR., | ) | |
| Petitioner, | ) | 2:11-cv-00846-JCM-PAL |
| vs. | ) | **ORDER** |
| WARDEN BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for a second extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 33). Respondents seek a 5-day enlargement of time, up to and including October 30, 2012, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file an answer (ECF No. 33) is **GRANTED.** The answer shall be filed on or before **October 30, 2012.**

Dated this 26th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE